# Court of Appeals
# of the State of Georgia

ATLANTA, __July 07, 2022_____

*The Court of Appeals hereby passes the following order:*

**A22A1017.  IN RE: BEVERLEY MARIE MURPHY, WARD.**

Ryan Murphy filed a petition in the Probate Court of Chatham County to be appointed guardian and conservator for his grandmother, Beverly Marie Murphy. In December 2020, the probate court entered an order finding that Ms. Murphy needed a guardian and conservator and appointed the grandson to be her guardian. The probate court, however, "based upon questionable financial matters" found that it was in the best interest of Mrs. Murphy for the county administrator to serve as her conservator. The grandson did not appeal.

Ten months later, in October 2021, the grandson filed a pro se motion to appoint himself as the conservator. The probate court denied this motion, finding that the grandson's motion was one of reconsideration and it was out of time. The grandson appealed. After a full review of the record, we agree with the probate court that the grandson's motion was a motion for reconsideration of the probate court's original order appointing the county administrator as his grandmother's conservator.

It is well established that the denial of a motion for reconsideration is not subject to direct appeal, and the filling of such a motion does not extend the time for

filing an appeal. See *Luster v. Bank of America, N. A.*, 331 Ga. App. 510, 512 (769 SE2d 394) (2015). Consequently, Mr. Murphy's appeal is DISMISSED because we lack jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   07/07/2022          *

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*